# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 24, 2024

*By the Court*:

| | |
|---|---|
| No. 22-1956 | MONROE COUNTY BOARD OF COMMISSIONERS, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br> Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 4:20-cv-00106-TWP-DML <br> Southern District of Indiana, New Albany Division <br> District Judge Tanya Walton Pratt ||

Upon consideration of the **FEDERAL DEFENDANTS-APPELLANTS' MOTION TO VOLUNTARILY DISMISS THEIR APPEAL**, filed on April 23, 2024, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)