# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 24, 2024

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
210 Federal Building
New Albany, IN 47150-0000

| No. 22-1956 | MONROE COUNTY BOARD OF COMMISSIONERS, et al., Plaintiffs - Appellees<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 4:20-cv-00106-TWP-DML<br>Southern District of Indiana, New Albany Division<br>District Judge Tanya Walton Pratt | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                                   F.R.A.P. 42(b)

STATUS OF THE RECORD:                                          no record to be returned

form name: **c7_Mandate**    (form ID: **135**)